No. 79–253.  MARSHALL, SECRETARY OF LABOR, ET AL. *v.* JERRICO, INC.  Appeal from D. C. D. C.  Probable jurisdiction noted.

No. 79–289.  PRUNEYARD SHOPPING CENTER ET AL. *v.* ROBINS ET AL.  Appeal from Sup. Ct. Cal.  Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 78–1850.  PRIVITERA *v.* CALIFORNIA; and

No. 79–5049.  TURNER ET AL. *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.  Reported below: 23 Cal. 3d 697, 591 P. 2d 919.

No. 78–6823.  ADAMSON *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 78–6853.  VIRES *v.* CAREY, STATE'S ATTORNEY OF COOK COUNTY.  Sup. Ct. Ill.  Certiorari denied.

No. 78–6922.  PHILLIPS *v.* NIGH, GOVERNOR OF OKLAHOMA, ET AL.  Sup. Ct. Okla.  Certiorari denied.

No. 79–139.  BLITSTEIN *v.* FLORIDA BAR.  Sup. Ct. Fla. Certiorari denied.

No. 79–177.  JACKA *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 79–212.  FRANCIS-SOBEL *v.* UNIVERSITY OF MAINE ET AL. C. A. 1st Cir.  Certiorari denied.

No. 79–216.  PAPPAS ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.